United States Court of Appeals
Fifth Circuit

**F I L E D**

June 22, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-40993
Conference Calendar

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

ENRIQUE VICTORINO-MORALES,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:04-CR-151-1
--------------------

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Counsel representing Enrique Victorino-Morales (Victorino) has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967).  Victorino received a copy of counsel's motion and brief but has not filed a response.  Our independent review of the brief and the record discloses no nonfrivolous issue for appeal.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.